**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case No. 1:20-cr-10136-RGS |
| v. | ) ) |  |
| JARMINA KALLON., | ) ) |  |
| Defendant. | ) ) ) |  |

## **MOTION FOR RULE 11 HEARING**

The Defendant, Jarmina Kallon, through undersigned counsel, respectfully moves to schedule a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure. In support of this motion, the Defendant submits that he has decided to plead guilty in this matter, without a plea agreement.

The Defendant requests that the Court schedule the hearing for a date in October, preferably during the week of October 19, 2020, if that is convenient for the Court. The Defendant agrees to conduct the hearing by videoconference.

                                               JARMINA KALLON

                                               By his attorneys,

                                               */s/ George W. Vien*
                                               George W. Vien (BBO# 547411)
                                               Joshua N. Ruby (BBO# 679113)
                                               DONNELLY, CONROY & GELHAAR, LLP
                                               260 Franklin Street, Suite 1600
                                               Boston, Massachusetts 02110
                                               (617) 720-2880
                                               gwv@dcglaw.com
                                               jnr@dcglaw.com

Dated: October 9, 2020

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the defendant and counsel for the government have conferred. The government takes no position on this motion.

/s/ *George W. Vien*
George W. Vien

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 9, 2020.

/s/ *George W. Vien*
George W. Vien