UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARMINA KALLON,<br><br>Defendant. | Case No.: 20-cr-10136-RGS |

### ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Jarmina Kallon, by and through his undersigned counsel, moves to modify his conditions of release to allow him out of home detention once a week, for three hours, to spend time with his children outside his home, if he gives his Probation Officer 72 hours' notice and his Probation Officer approves.

The United States Probation Office does not object to this Motion.

The United States Attorney's Office assents to this Motion.

Respectfully submitted,

/s/ George W. Vien
George W. Vien (BBO# 547411)
Joshua N. Ruby (BBO# 679113)
Abigail M. Kuhn (BBO# 704807)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
gwv@dcglaw.com
jnr@dcglaw.com
amk@dcglaw.com

Dated: March 9, 2021

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 9, 2021.

                                                               /s/ *George W. Vien*
                                                               George W. Vien